**Order entered April 10, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-19-01382-CV

**CITY OF TERRELL, TEXAS, AND MIKE SIMS, INTERIM CITY MANAGER OF THE CITY OF TERRELL, IN HIS OFFICIAL CAPACITY,** Appellants

**V.**

**FREDERICK GEORGE EDMONDS, ET AL., Appellees**

**On Appeal from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 103352-CC2**

### ORDER

The Court has determined the facts and legal arguments are adequately presented in the briefs and record and will therefore submit this appeal without oral argument on May 1, 2020.

/s/    DAVID J. SCHENCK
PRESIDING JUSTICE